## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **BRANDON LOBSTEIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:26-cv-162-H** |
| | § | |
| **WTA CONTROL CONSULTANTS** | § | |
| **AND** | § | |
| **SERVICES, INC. D/B/A CCSI,** | § | |
| **BRAD FISK, Individually, and** | § | |
| **JENNIFER FISK, Individually,** | § | |
| | § | |
| **Defendants.** | § | |

### DISCLOSURE OF INTERESTED PARTIES

Brandon Lobstein hereby certifies that the following persons or entities have a financial

interest in the outcome of this litigation:

Brandon Lobstein
Lubbock County, Texas
Plaintiff

Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601

Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**