**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **BRANDON LOBSTEIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:26-cv-00162-H** |
| | § | |
| **WTA CONTROL CONSULTANTS AND SERVICES, INC. D/B/A CCSI, BRAD FISK, Individually, and JENNIFER FISK, Individually** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel. Having considered the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that Plaintiff's Motion for Leave to Proceed Without Local Counsel is GRANTED. Douglas B. Welmaker may appear and proceed in this case without local counsel, and he must perform each duty Local Rule 83.10(b) assigns to local counsel.

SIGNED on _________________________, 2026.

_______________________________________
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE