UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRANDON LOBSTEIN,

Plaintiff,

v.

No. 5:26-CV-162-H

WTA CONTROL CONSULTANTS AND SERVICES, INC., d/b/a CCSI, et al.,

Defendants.

**ORDER**

Before the Court is the plaintiff's motion to waive the local counsel requirements set forth in Local Civil Rule 83.10. Dkt. No. 5. For the reasons stated in the motion, the motion is granted.

So ordered on August 19, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE