AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Brandon Lobstein<br>*Plaintiff*<br>v.<br>WTA Control Consultants and Services, Inc., et al<br>*Defendant* | Civil Action No. 5:26-cv-00162-H |

**Summons in a Civil Action**

**TO:** WTA Control Consultants and Services, Inc.

*doing business as* CCSI

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Douglas Welmaker
505 E Magrill
Longview , TX 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Came to hand on 08-24-2026**

**at 5:02 P.M.**

**PROOF ATTACHED**

DATE: 07/28/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
for the Northern District of Texas
Lubbock Division

| | | |
|---|---|---|
| BRANDON LOBSTEIN,<br>Plaintiff,<br><br>vs.<br><br>WTA CONTROL CONSULTANTS AND SERVICES, INC. D/B/A CCSI, BRAD FISK, Individually, and JENNIFER FISK, Individually,<br>Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 5:26-cv-00162-H<br><br>**PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Alvaro Ivan Adame, to me well known, after being duly sworn, did depose and say:

"My name is Alvaro Ivan Adame. I am not less than eighteen (18) years of age and not a party to or interested in the outcome of the above styled and numbered suit. I am authorized to serve citations and other notices, writs, orders, and other papers issued by the court by Rule 103(2) & (3) of the Texas Rules of Civil Procedure. I am certified under order of the Texas Supreme Court; Certification No. PSC-13563, Exp 03/31/2028. I am personally acquainted with the facts stated herein and declare under penalty of perjury they are true and correct.

Came to hand on August 24, 2026, at 5:02 p.m., Summons in a Civil Action and Plaintiff's Original Complaint for service on Defendant WTA Control Consultants and Services, Inc. d/b/a CCSI.

Executed on August 27, 2026, at 2:08 p.m. by delivering in person to Defendant's Registered Agent, Brad Fisk, at 12402 Slide Rd., Bldg. 4, Suite 406, Lubbock, Texas 79424.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: Alvaro Ivan Adame

Service Fee $ 233.00
Welmaker/8395

[signature]
Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

VERIFICATION: STATE OF TEXAS, COUNTY OF LUBBOCK

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 27th day of August, 2026.

JOSH PANGER
NOTARY PUBLIC
STATE OF TEXAS
ID 12843497
EXP. 11-12-2026

[signature]
Notary Public Signature in and for the State of TEXAS

(This Return Affidavit is made pursuant to FRCP 4(l)(1)).