UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRANDON LOBSTEIN,

Plaintiff,

v.

WTA CONTROL CONSULTANTS AND SERVICES, INC., d/b/a CCSI, et al.,

Defendants.

No. 5:26-CV-162-H

**ORDER**

Before the Court is the defendants' Motion to Dismiss, which was filed on September 17, 2026. Dkt. No. 8. On October 8, 2026, the plaintiff filed his First Amended Complaint. Dkt. No. 10. Consequently, the Court denies as moot the defendants' Motion to Dismiss (Dkt. No. 8). *See Garcia v. City of Amarillo*, No. 2:18-CV-095, 2018 WL 6272461, at *1 (N.D. Tex. Oct. 29, 2018) ("Courts in the Northern District of Texas generally adhere to the school of thought that an amended complaint, which supersedes the original complaint as the operative live pleading, renders moot a motion to dismiss the original complaint."), *R. & R. adopted*, 2018 WL 6268222 (N.D. Tex. Nov. 30, 2018).

The defendants must answer or otherwise respond to the plaintiff's First Amended Complaint within 21 days of this Order.

So ordered on November 5, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE