**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| BRANDON LOBSTEIN,<br>Plaintiff, | §<br>§<br>§ | |
| **v.** | § | Case No. 5:26-CV-162 |
| WTA CONTROL CONSULTANTS AND SERVICES, INC. D/B/A CCSI, BRAD FISK, INDIVIDUALLY, AND JENNIFER FISK, INDIVIDUALLY,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1 (c), LR 3.2(e), LR 7.4, LR 81.1 (a)(4)(D), and LR 81.2, **Defendants,** provide the following information:

For a non-governmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None): NONE KNOWN.

**WTA CONTROL CONSULTANTS AND SERVICES, INC., D/B/A CCSI is owned in its entirety by Defendants Brad Fisk and Jennifer Fisk.**

A complete list of all persons, association of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

**Brandon Lobstein**
**c/o Douglas Welmaker**
**Welmaker Law, PLLS**
**505 E. Magrill**
**Longview, Texas 75601**
***Plaintiff herein.***

**WTA Control Consultants and Services, Inc., D/B/A CCSI**
**Brad Fisk, Individually**
**Jennifer Fish, Individually**
**c/o Joshua Frost**
**Field Manning Stone Aycock P.C.**
**2112 Indiana Avenue**
**Lubbock, Texas 79410-1499**
***Defendants herein.***

Respectfully submitted,

/S/ Joshua Frost
Joshua Frost
State Bar No. 24097711
FIELD MANNING STONE AYCOCK P.C.
2112 Indiana Avenue
Lubbock, Texas 79410-1499
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
Email: jfrost@lubbocklawfirm.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument via the Court's ECF notification system was on November 25, 2026, served on all counsel who have entered their appearance in the Court's ECF system, as follows:

*/S/ Joshua D. Frost*
Joshua D. Frost